Robert F. Graziano, State Bar No. 206037
Rocio Y. Garcia, State Bar No. 218826
Neighborhood Legal Services
of Los Angeles County
13327 Van Nuys Boulevard
Pacoima, CA 91331-3099
Telephone: (818) 834-7584
Fax: (818) 896-6647

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANNETA AVANESOVA,<br><br>Plaintiff,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES and the CITY OF GLENDALE,<br><br>Defendant | Case No.: CV 04-5588 GAF (FMOx)<br><br>(Assigned to the Hon. Gary A. Feess)<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE** |
| CITY OF GLENDALE,<br><br>Cross-Claimant,<br><br>vs.<br><br>HOUSING AUTHORITY OF THE CITY OF LOS ANGELES,<br><br>Cross-Defendant | |

IT IS HEREBY STIPULATED by and between the parties through their attorneys of record to dismiss this case with prejudice pursuant to the

1

**STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE**

Case 2:04-cv-05588-GAF-FMO Document 36 Filed 05/25/05 Page 2 of 5 Page ID #:65

MAY-20-2005 FRI 02:06 PM NEIGHBORHOOD LEGAL SERV   FAX NO.   P. 02
MAY-20-2005 13:49   GLENDALE CITY ATTYSOFFICE   818 547.3402   P.02/02

1  settlement agreement entered into by the parties on March 22, 2005.

3  DATED: May 20, 2005

NEIGHBORHOOD LEGAL
SERVICES OF LOS ANGELES
COUNTY

BY: _____
Rocio Y. Garcia
Attorneys for Plaintiff

10  DATED: May 20, 2005

GLENDALE CITY ATTORNEY

BY: _____
Ann M. Mauer
Attorney for Defendant/Cross
Claimant City if Glendale

17  DATED: May 20, 2005

BROWN, WINFIELD &
CANZONERI, INC.

BY: _____
Arthur J. Lettenmaier
Attorneys for Defendant/Cross-
Defendant Housing Authority for
The City of Los Angeles

2
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

settlement agreement entered into by the parties on March 22, 2005.

DATED: May 20, 2005

NEIGHBORHOOD LEGAL
SERVICES OF LOS ANGELES
COUNTY

BY: _____
Rocio Y. Garcia
Attorneys for Plaintiff

DATED: May 20, 2005

GLENDALE CITY ATTORNEY

BY: _____
Ann M. Mauer
Attorney for Defendant/Cross
Claimant City if Glendale

DATED: May 20, 2005

BROWN, WINFIELD &
CANZONERI, INC.

BY: _____
Arthur J. Lettenmaier
Attorneys for Defendant/Cross-
Defendant Housing Authority for
The City of Los Angeles

2

STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

1 | settlement agreement entered into by the parties on March 22, 2005.

3 | DATED: May 20, 2005

NEIGHBORHOOD LEGAL
SERVICES OF LOS ANGELES
COUNTY

BY: _____
Rocio Y. Garcia
Attorneys for Plaintiff

DATED: May 20, 2005

GLENDALE CITY ATTORNEY

BY: _____
Ann M. Mauer
Attorney for Defendant/Cross
Claimant City if Glendale

DATED: May 20, 2005

BROWN, WINFIELD &
CANZONERI, INC.

BY: _____
~~Arthur J. Lettenmaier~~ MELISSA HAMMOND
Attorneys for Defendant/Cross-
Defendant Housing Authority for
The City of Los Angeles

2
STIPULATION AND [PROPOSED] ORDER TO DISMISS WITH PREJUDICE

## ORDER

Good cause appearing therefore, it is ordered that the parties are granted leave to file the dismissal.

DATED: 5/25/05

*[signature]*

The Honorable Gary A. Feess
United States District Judge